Certificate Number: 16339-PAM-DE-039089936

Bankruptcy Case Number: 19-04417


16339-PAM-DE-039089936

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 21, 2024</u>, at <u>2:24</u> o'clock <u>PM EST</u>, <u>Lorie Valley</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: November 21, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor