# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Dana A Valley
    Lorie A Valley

Case No.: 1-19-04417 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 3047 |
| Property Address if applicable: | 259 Race St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $16,600.48 |
| b. | Prepetition arrearages paid by the trustee: | $16,600.48 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $16,600.48 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from November 2019 to October 2024 | |
| Current monthly mortgage payment: | $1,049.66 |
| The next post-petition payment was due on: | November 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024                                   Respectfully submitted,


                                                           /s/ Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           Fax:  (717) 566-8313
                                                           email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Dana A Valley
     Lorie A Valley

                          Case No.: 1-19-04417 HWV

                          Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Dana A Valley
Lorie A Valley
259 N Race St
Middletown PA 17057

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case 1:19-bk-04417-HWV    Doc 43    Filed 11/27/24    Entered 11/27/24 07:02:02    Desc
Page 3 of 10

# Disbursements for Claim

Case: 19-04417    DANA A. VALLEY

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
PO BOX 619094
DALLAS, TX  75261-9741

Acct No: 3047

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  | Amt Sched: | $0.00 | Debt: | $60,878.96 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $1,049.66 | Paid: | $60,878.96 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/19/2024 | 2042140 | $1,049.66 | $0.00 | $1,049.66 | |
| | Payment for 9/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/19/2024 | 2042140 | $1,049.66 | $0.00 | $1,049.66 | |
| | Payment for 10/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/07/2024 | 2039154 | $1,049.66 | $0.00 | $1,049.66 | 08/16/2024 |
| | Payment for 8/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/10/2024 | 2038286 | $1,049.66 | $0.00 | $1,049.66 | 07/24/2024 |
| | Payment for 7/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/18/2024 | 2037462 | $1,049.66 | $0.00 | $1,049.66 | 06/28/2024 |
| | Payment for 6/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/22/2024 | 2036553 | $1,049.66 | $0.00 | $1,049.66 | 06/03/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/17/2024 | 2035547 | $1,049.66 | $0.00 | $1,049.66 | 04/25/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/14/2024 | 2034583 | $1,049.66 | $0.00 | $1,049.66 | 03/27/2024 |
| | Payment for 3/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/14/2024 | 2033621 | $1,049.66 | $0.00 | $1,049.66 | 02/28/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/12/2024 | 2032700 | $1,049.66 | $0.00 | $1,049.66 | 01/24/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/19/2023 | 2031797 | $1,049.66 | $0.00 | $1,049.66 | 01/03/2024 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/15/2023 | 2030840 | $1,012.50 | $0.00 | $1,012.50 | 11/29/2023 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2023 | 2029891 | $1,012.50 | $0.00 | $1,012.50 | 11/01/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/19/2023 | 2028904 | $1,012.50 | $0.00 | $1,012.50 | 09/29/2023 |
| | Payment for 9/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/09/2023 | 2027883 | $1,012.50 | $0.00 | $1,012.50 | 08/17/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2023 | 2026905 | $1,012.50 | $0.00 | $1,012.50 | 07/20/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/13/2023 | 2025987 | $1,012.50 | $0.00 | $1,012.50 | 06/23/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/16/2023 | 2025045 | $1,012.50 | $0.00 | $1,012.50 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/18/2023 | 2024028 | $1,012.50 | $0.00 | $1,012.50 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/15/2023 | 2023006 | $1,012.50 | $0.00 | $1,012.50 | 03/24/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/15/2023 | 2021995 | $1,012.50 | $0.00 | $1,012.50 | 02/24/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/18/2023 | 2020996 | $1,012.50 | $0.00 | $1,012.50 | 01/26/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/13/2022 | 2019995 | $1,012.50 | $0.00 | $1,012.50 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2022 | 2019045 | $1,012.50 | $0.00 | $1,012.50 | 12/14/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2022 | 2018002 | $1,012.50 | $0.00 | $1,012.50 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/13/2022 | 2016947 | $1,012.50 | $0.00 | $1,012.50 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/17/2022 | 2015923 | $1,012.50 | $0.00 | $1,012.50 | 08/25/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/13/2022 | 2014861 | $1,012.50 | $0.00 | $1,012.50 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/14/2022 | 2013896 | $1,012.50 | $0.00 | $1,012.50 | 06/24/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/17/2022 | 2012857 | $1,012.50 | $0.00 | $1,012.50 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/12/2022 | 2011783 | $1,012.50 | $0.00 | $1,012.50 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/16/2022 | 2010765 | $1,012.50 | $0.00 | $1,012.50 | 03/24/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/16/2022 | 2009782 | $1,012.50 | $0.00 | $1,012.50 | 02/28/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2022 | 2008802 | $1,012.50 | $0.00 | $1,012.50 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DisbDescrp |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/15/2021 | 2007795 | $1,012.50 | $0.00 | $1,012.50 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2021 | 2006769 | $1,002.14 | $0.00 | $1,002.14 | 11/24/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/14/2021 | 2005741 | $1,002.14 | $0.00 | $1,002.14 | 10/21/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/14/2021 | 2004696 | $1,002.14 | $0.00 | $1,002.14 | 09/22/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/18/2021 | 2003688 | $1,002.14 | $0.00 | $1,002.14 | 08/27/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/14/2021 | 2002621 | $1,002.14 | $0.00 | $1,002.14 | 07/22/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/16/2021 | 2001642 | $1,002.14 | $0.00 | $1,002.14 | 06/24/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/18/2021 | 2000631 | $1,002.14 | $0.00 | $1,002.14 | 05/28/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/15/2021 | 1229257 | $1,002.14 | $0.00 | $1,002.14 | 04/27/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/17/2021 | 1228238 | $1,002.14 | $0.00 | $1,002.14 | 03/26/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/17/2021 | 1227223 | $1,002.14 | $0.00 | $1,002.14 | 03/01/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2021 | 1226203 | $1,002.14 | $0.00 | $1,002.14 | 01/28/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/10/2020 | 1224416 | $1,002.14 | $0.00 | $1,002.14 | 12/17/2020 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/03/2020 | 1223481 | $1,000.54 | $0.00 | $1,000.54 | 11/12/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222649 | $1,000.54 | $0.00 | $1,000.54 | 10/23/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222649 | $1,000.54 | $0.00 | $1,000.54 | 10/23/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/17/2020 | 1221652 | $1,000.54 | $0.00 | $1,000.54 | 09/24/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/12/2020 | 1220591 | $1,000.54 | $0.00 | $1,000.54 | 08/19/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/07/2020 | 1219553 | $1,000.54 | $0.00 | $1,000.54 | 07/21/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/02/2020 | 1218522 | $1,000.54 | $0.00 | $1,000.54 | 06/12/2020 |
| | | | | | | | Payment for 5/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DisbDescrp |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/06/2020 | 1217555 | $1,000.54 | $0.00 | $1,000.54 | 05/15/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/14/2020 | 1216513 | $1,000.54 | $0.00 | $1,000.54 | 04/23/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/12/2020 | 1215232 | $1,000.54 | $0.00 | $1,000.54 | 03/19/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/13/2020 | 1213918 | $1,000.54 | $0.00 | $1,000.54 | 02/21/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/16/2020 | 1212566 | $1,000.54 | $0.00 | $1,000.54 | 01/27/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/12/2019 | 1211206 | $1,000.54 | $0.00 | $1,000.54 | 12/19/2019 |
| | | | | | Payment for 11/2019 | | | |
| | | | | Sub-totals: | $60,878.96 | $0.00 | $60,878.96 | |
| | | | | Grand Total: | $60,878.96 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-04417    **DANA A. VALLEY**

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094
DALLAS, TX 75261-

**Acct No:** 3047/PRE ARREARS/259 N RA

**Sequence:** 24
**Modify:**
**Filed Date:** 11/14/2019 12:00:00AM
**Hold Code:**

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $122,490.00 | Debt: $16,600.48 | Interest Paid: $0.00 | |
|  |  | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $16,600.48 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/19/2024 | 2042139 | $326.81 | $0.00 | $326.81 | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/07/2024 | 2039153 | $377.08 | $0.00 | $377.08 | 08/16/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/10/2024 | 2038285 | $405.52 | $0.00 | $405.52 | 07/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/18/2024 | 2037461 | $377.08 | $0.00 | $377.08 | 06/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/22/2024 | 2036552 | $348.64 | $0.00 | $348.64 | 06/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/17/2024 | 2035546 | $348.64 | $0.00 | $348.64 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/14/2024 | 2034582 | $377.08 | $0.00 | $377.08 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/14/2024 | 2033620 | $377.08 | $0.00 | $377.08 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/12/2024 | 2032699 | $377.08 | $0.00 | $377.08 | 01/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/19/2023 | 2031796 | $347.34 | $0.00 | $347.34 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/15/2023 | 2030839 | $376.46 | $0.00 | $376.46 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2023 | 2029890 | $409.78 | $0.00 | $409.78 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/19/2023 | 2028903 | $420.90 | $0.00 | $420.90 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/09/2023 | 2027882 | $443.10 | $0.00 | $443.10 | 08/17/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2023 | 2026904 | $443.10 | $0.00 | $443.10 | 07/20/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/13/2023 | 2025986 | $416.72 | $0.00 | $416.72 | 06/23/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/16/2023 | 2025044 | $390.34 | $0.00 | $390.34 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/18/2023 | 2024027 | $366.05 | $0.00 | $366.05 | 04/28/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/15/2023 | 2023005 | $390.34 | $0.00 | $390.34 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/15/2023 | 2021994 | $390.34 | $0.00 | $390.34 | 02/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/18/2023 | 2020995 | $366.05 | $0.00 | $366.05 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/13/2022 | 2019994 | $390.34 | $0.00 | $390.34 | 12/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2022 | 2019043 | $390.34 | $0.00 | $390.34 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2022 | 2018000 | $419.15 | $0.00 | $419.15 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/13/2022 | 2016946 | $461.14 | $0.00 | $461.14 | 09/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/17/2022 | 2015922 | $454.55 | $0.00 | $454.55 | 08/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/13/2022 | 2014860 | $390.34 | $0.00 | $390.34 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/14/2022 | 2013895 | $366.74 | $0.00 | $366.74 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/17/2022 | 2012856 | $336.55 | $0.00 | $336.55 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/12/2022 | 2011781 | $366.74 | $0.00 | $366.74 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/16/2022 | 2010764 | $366.74 | $0.00 | $366.74 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/16/2022 | 2009781 | $366.74 | $0.00 | $366.74 | 02/28/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2022 | 2008801 | $336.55 | $0.00 | $336.55 | 02/01/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/15/2021 | 2007794 | $367.10 | $0.00 | $367.10 | 12/24/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2021 | 2006768 | $331.17 | $0.00 | $331.17 | 11/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/14/2021 | 2005740 | $386.40 | $0.00 | $386.40 | 10/21/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/14/2021 | 2004695 | $396.66 | $0.00 | $396.66 | 09/22/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/18/2021 | 2003687 | $373.86 | $0.00 | $373.86 | 08/27/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/14/2021 | 2002620 | $396.66 | $0.00 | $396.66 | 07/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/16/2021 | 2001641 | $396.66 | $0.00 | $396.66 | 06/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/18/2021 | 2000630 | $339.66 | $0.00 | $339.66 | 05/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/15/2021 | 1229256 | $351.06 | $0.00 | $351.06 | 04/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/17/2021 | 1228237 | $26.76 | $0.00 | $26.76 | 03/26/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222648 | $513.04 | $0.00 | $513.04 | 10/23/2020 |

Sub-totals: $16,600.48   $0.00   $16,600.48

Grand Total: $16,600.48   $0.00