## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Dana A Valley
     Lorie A Valley

                                          Case No.: 1-19-04417 HWV

                                          Chapter 13

              **Debtor(s)**

### NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 3047 |
| Property Address if applicable: | 259 Race St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $16,600.48 |
| b. | Prepetition arrearages paid by the trustee: | $16,600.48 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $16,600.48 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from November 2019 to October 2024

| | |
|---|---|
| Current monthly mortgage payment: | $1,049.66 |
| The next post-petition payment was due on: | November 2024 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024                    Respectfully submitted,

                                            /s/ Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            Fax:  (717) 566-8313
                                            email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Dana A Valley
     Lorie A Valley

                                        Case No.: 1-19-04417 HWV

                                        Chapter 13

            **Debtor(s)**

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

  **Served Electronically**
  Nicholas G. Platt, Esquire
  Mooney Law
  230 York St
  Hanover PA 17331

  **Served by First Class Mail**
  Nationstar Mtg, LLC
  PO Box 619096
  Dallas TX 75261-9741

  Dana A Valley
  Lorie A Valley
  259 N Race St
  Middletown PA 17057

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024                 /s/  Liz Joyce
                                        Office of the Standing Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-04417      DANA A. VALLEY

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
PO BOX 619094

DALLAS, TX  75261-9741

Acct No: 3047

| | **Sequence:** 07 |
| --- | --- |
| | Modify: |
| | Filed Date: |
| | Hold Code: |

| | | | Debt: | $60,878.96 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Amt Sched: | | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $1,049.66 | | Paid: | $60,878.96 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | DisbDescrp | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **5010** | **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** | | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/19/2024 | 2042140 | $1,049.66 | $0.00 | Payment for 9/2024 | $1,049.66 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/19/2024 | 2042140 | $1,049.66 | $0.00 | Payment for 10/2024 | $1,049.66 | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/07/2024 | 2039154 | $1,049.66 | $0.00 | Payment for 8/2024 | $1,049.66 | 08/16/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/10/2024 | 2038286 | $1,049.66 | $0.00 | Payment for 7/2024 | $1,049.66 | 07/24/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/18/2024 | 2037462 | $1,049.66 | $0.00 | Payment for 6/2024 | $1,049.66 | 06/28/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/22/2024 | 2036553 | $1,049.66 | $0.00 | Payment for 5/2024 | $1,049.66 | 06/03/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/17/2024 | 2035547 | $1,049.66 | $0.00 | Payment for 4/2024 | $1,049.66 | 04/25/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/14/2024 | 2034583 | $1,049.66 | $0.00 | Payment for 3/2024 | $1,049.66 | 03/27/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/14/2024 | 2033621 | $1,049.66 | $0.00 | Payment for 2/2024 | $1,049.66 | 02/28/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/12/2024 | 2032700 | $1,049.66 | $0.00 | Payment for 1/2024 | $1,049.66 | 01/24/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/19/2023 | 2031797 | $1,049.66 | $0.00 | Payment for 12/2023 | $1,049.66 | 01/03/2024 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/15/2023 | 2030840 | $1,012.50 | $0.00 | Payment for 11/2023 | $1,012.50 | 11/29/2023 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2023 | 2029891 | $1,012.50 | $0.00 | Payment for 10/2023 | $1,012.50 | 11/01/2023 |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/19/2023 | 2028904 | $1,012.50 | $0.00 | Payment for 9/2023 | $1,012.50 | 09/29/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|------------|-------|------------|
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/09/2023 | 2027883 | $1,012.50 | $0.00 | | $1,012.50 | 08/17/2023 |
| | | | | | | | Payment for 8/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2023 | 2026905 | $1,012.50 | $0.00 | | $1,012.50 | 07/20/2023 |
| | | | | | | | Payment for 7/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/13/2023 | 2025987 | $1,012.50 | $0.00 | | $1,012.50 | 06/23/2023 |
| | | | | | | | Payment for 6/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/16/2023 | 2025045 | $1,012.50 | $0.00 | | $1,012.50 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/18/2023 | 2024028 | $1,012.50 | $0.00 | | $1,012.50 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/15/2023 | 2023006 | $1,012.50 | $0.00 | | $1,012.50 | 03/24/2023 |
| | | | | | | | Payment for 3/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/15/2023 | 2021995 | $1,012.50 | $0.00 | | $1,012.50 | 02/24/2023 |
| | | | | | | | Payment for 2/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/18/2023 | 2020996 | $1,012.50 | $0.00 | | $1,012.50 | 01/26/2023 |
| | | | | | | | Payment for 1/2023 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/13/2022 | 2019995 | $1,012.50 | $0.00 | | $1,012.50 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2022 | 2019045 | $1,012.50 | $0.00 | | $1,012.50 | 12/14/2022 |
| | | | | | | | Payment for 11/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2022 | 2018002 | $1,012.50 | $0.00 | | $1,012.50 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/13/2022 | 2016947 | $1,012.50 | $0.00 | | $1,012.50 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/17/2022 | 2015923 | $1,012.50 | $0.00 | | $1,012.50 | 08/25/2022 |
| | | | | | | | Payment for 8/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/13/2022 | 2014861 | $1,012.50 | $0.00 | | $1,012.50 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/14/2022 | 2013896 | $1,012.50 | $0.00 | | $1,012.50 | 06/24/2022 |
| | | | | | | | Payment for 6/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/17/2022 | 2012857 | $1,012.50 | $0.00 | | $1,012.50 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/12/2022 | 2011783 | $1,012.50 | $0.00 | | $1,012.50 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/16/2022 | 2010765 | $1,012.50 | $0.00 | | $1,012.50 | 03/24/2022 |
| | | | | | | | Payment for 3/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/16/2022 | 2009782 | $1,012.50 | $0.00 | | $1,012.50 | 02/28/2022 |
| | | | | | | | Payment for 2/2022 | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2022 | 2008802 | $1,012.50 | $0.00 | | $1,012.50 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Disb | Descrp | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/15/2021 | 2007795 | $1,012.50 | $0.00 | $1,012.50 | 12/24/2021 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2021 | 2006769 | $1,002.14 | $0.00 | $1,002.14 | 11/24/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/14/2021 | 2005741 | $1,002.14 | $0.00 | $1,002.14 | 10/21/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/14/2021 | 2004696 | $1,002.14 | $0.00 | $1,002.14 | 09/22/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/18/2021 | 2003688 | $1,002.14 | $0.00 | $1,002.14 | 08/27/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/14/2021 | 2002621 | $1,002.14 | $0.00 | $1,002.14 | 07/22/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/16/2021 | 2001642 | $1,002.14 | $0.00 | $1,002.14 | 06/24/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/18/2021 | 2000631 | $1,002.14 | $0.00 | $1,002.14 | 05/28/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/15/2021 | 1229257 | $1,002.14 | $0.00 | $1,002.14 | 04/27/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/17/2021 | 1228238 | $1,002.14 | $0.00 | $1,002.14 | 03/26/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/17/2021 | 1227223 | $1,002.14 | $0.00 | $1,002.14 | 03/01/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2021 | 1226203 | $1,002.14 | $0.00 | $1,002.14 | 01/28/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/10/2020 | 1224416 | $1,002.14 | $0.00 | $1,002.14 | 12/17/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/03/2020 | 1223481 | $1,000.54 | $0.00 | $1,000.54 | 11/12/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222649 | $1,000.54 | $0.00 | $1,000.54 | 10/23/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222649 | $1,000.54 | $0.00 | $1,000.54 | 10/23/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/17/2020 | 1221652 | $1,000.54 | $0.00 | $1,000.54 | 09/24/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/12/2020 | 1220591 | $1,000.54 | $0.00 | $1,000.54 | 08/19/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/07/2020 | 1219553 | $1,000.54 | $0.00 | $1,000.54 | 07/21/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/02/2020 | 1218522 | $1,000.54 | $0.00 | $1,000.54 | 06/12/2020 |
| | | | | | Payment for 5/2020 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest Disb | Total Descrp | Reconciled |
|-------|------|------|------|---------|-----------|---------------|--------------|------------|
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/06/2020 | 1217555 | $1,000.54 | $0.00 | $1,000.54 | 05/15/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/14/2020 | 1216513 | $1,000.54 | $0.00 | $1,000.54 | 04/23/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/12/2020 | 1215232 | $1,000.54 | $0.00 | $1,000.54 | 03/19/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/13/2020 | 1213918 | $1,000.54 | $0.00 | $1,000.54 | 02/21/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/16/2020 | 1212566 | $1,000.54 | $0.00 | $1,000.54 | 01/27/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/12/2019 | 1211206 | $1,000.54 | $0.00 | $1,000.54 | 12/19/2019 |
| | | | | | Payment for 11/2019 | | | |

Sub-totals: $60,878.96     $0.00   $60,878.96

Grand Total: $60,878.96     $0.00

# Disbursements for Claim

**Case: 19-04417** **DANA A. VALLEY**

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER
PO BOX 619094

DALLAS, TX 75261-

A..t $o8 3047cPN: ANN: ANSc259 $ NA

SeHuen.e8 24
q oyifk8
#iley Date8 11c14c2019 12800800Aq
poly Coye8

| | | Debt8 | h16,600d4l | Fnterest Paiy8 | h0d00 |
|---|---|---|---|---|---|
| Amt S.Mey8 | h122,490d00 | | | A..ruey Fnt8 | h0d00 |
| Amt Due8 | h0d00 | Paiy8 | h16,600d4l | Balan.e Due8 | h0d00 |

| Claim | name | TkGe | Date | CMe.R / | Prin.iGal | Fnterest | Total | Ne.on.iley |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 11c19c2024 | 2042139 | h326d 1 | h0d00 | h326d 1 | |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 0l c07c2024 | 2039153 | h377d0l | h0d00 | h377d0l | 0l c16c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 07c10c2024 | 2031 2l 5 | h405d52 | h0d00 | h405d52 | 07c24c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 06c1l c2024 | 2037461 | h377d0l | h0d00 | h377d0l | 06c2l c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 05c22c2024 | 2036552 | h34l d54 | h0d00 | h34l d54 | 06c03c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 04c17c2024 | 2035546 | h34l d54 | h0d00 | h34l d54 | 04c25c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 03c14c2024 | 203451 2 | h377d0l | h0d00 | h377d0l | 03c27c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 02c14c2024 | 2033620 | h377d0l | h0d00 | h377d0l | 02c2l c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 01c12c2024 | 2032699 | h377d0l | h0d00 | h377d0l | 01c24c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 12c19c2023 | 2031796 | h347d54 | h0d00 | h347d54 | 01c03c2024 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 11c15c2023 | 2030l 39 | h376d46 | h0d00 | h376d46 | 11c29c2023 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 10c1l c2023 | 2029l 90 | h409d7l | h0d00 | h409d7l | 11c01c2023 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 09c19c2023 | 2021 903 | h420d90 | h0d00 | h420d90 | 09c29c2023 |
| 520-0 | $ATFO$STAN qONTEAE: LLC DcBc | | 0l c09c2023 | 2027l l 2 | h443d10 | h0d00 | h443d10 | 0l c17c2023 |

| Claim | name | TkGe | Date | CMe. R / | Prin. iGal | Fnterest Disb Descrp | Total | Ne. on. iley |
|---|---|---|---|---|---|---|---|---|
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 07c11c2023 | 2026904 | h443d10 | h0d00 | h443d10 | 07c20c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 06c13c2023 | 202591 6 | h416d72 | h0d00 | h416d72 | 06c23c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 05c16c2023 | 2025044 | h390d34 | h0d00 | h390d34 | 05c26c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 04c1l c2023 | 2024027 | h366d05 | h0d00 | h366d05 | 04c2l c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 03c15c2023 | 2023005 | h390d34 | h0d00 | h390d34 | 03c24c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 02c15c2023 | 2021994 | h390d34 | h0d00 | h390d34 | 02c24c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 01c1l c2023 | 2020995 | h366d05 | h0d00 | h366d05 | 01c26c2023 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 12c13c2022 | 2019994 | h390d34 | h0d00 | h390d34 | 12c22c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 11c16c2022 | 2019043 | h390d34 | h0d00 | h390d34 | 12c14c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 10c1l c2022 | 2011 000 | h419d15 | h0d00 | h419d15 | 10c27c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 09c13c2022 | 2016946 | h461d14 | h0d00 | h461d14 | 09c22c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 0l c17c2022 | 2015922 | h454d55 | h0d00 | h454d55 | 0l c25c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 07c13c2022 | 2014l 60 | h390d34 | h0d00 | h390d34 | 07c21c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 06c14c2022 | 2013l 95 | h366d74 | h0d00 | h366d74 | 06c24c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 05c17c2022 | 2012l 56 | h336d55 | h0d00 | h336d55 | 05c25c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 04c12c2022 | 20117l 1 | h366d74 | h0d00 | h366d74 | 04c21c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 03c16c2022 | 2010764 | h366d74 | h0d00 | h366d74 | 03c24c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 02c16c2022 | 20097l 1 | h366d74 | h0d00 | h366d74 | 02c2l c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 01c19c2022 | 2001 l 01 | h336d55 | h0d00 | h336d55 | 02c01c2022 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 12c15c2021 | 2007794 | h367d10 | h0d00 | h367d10 | 12c24c2021 |

| Claim | name | TkGe | Date | CMe. R / | Prin. iGal | Fnterest | Total | Ne. on. iley |
|-------|------|------|------|----------|-----------|----------|-------|--------------|
| | | | | | | DisbDescrp | | |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 11c16c2021 | 200676I | h331d17 | h0d00 | h331d17 | 11c24c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 10c14c2021 | 2005740 | h3I 6d40 | h0d00 | h3I 6d40 | 10c21c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 09c14c2021 | 2004695 | h396d66 | h0d00 | h396d66 | 09c22c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 0I c1I c2021 | 200361 7 | h373d 6 | h0d00 | h373d 6 | 0I c27c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 07c14c2021 | 2002620 | h396d66 | h0d00 | h396d66 | 07c23c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 06c16c2021 | 2001641 | h396d66 | h0d00 | h396d66 | 06c24c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 05c1I c2021 | 2000630 | h339d66 | h0d00 | h339d66 | 05c2I c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 04c15c2021 | 1229256 | h351d06 | h0d00 | h351d06 | 04c23c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 03c17c2021 | 122I 237 | h26d76 | h0d00 | h26d76 | 03c26c2021 |
| 520-0 | $ ATFO$ STAN q ONTE AE : LLC DcBc | | 10c15c2020 | 122264I | h513d04 | h0d00 | h513d04 | 10c23c2020 |

Sub-totals: **$16,600.48**  **$0.00**  **$16,600.48**

Grand Total: $16,600.48  **$0.00**