| Fill in this information to identify the case: |
| --- |
| Debtor 1     Dana A. Valley |
| Debtor 2     Lorie A. Valley <br>            (Spouse, if filing) |
| United States Bankruptcy Court for the Middle District of Pennsylvania <br>                                                                            (State) |
| Case number:   1:19-bk-04417-HWV |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account:    3047

**Date of Payment Change:**    December 1, 2021
Must be at least 21 days after date of this notice.

**New total payment:**    $1,012.50
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

     Current escrow payment: $335.27      New escrow payment: $345.63

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

     Current interest rate:                            New interest rate:

     Current principal and interest payment:          New principal and interest payment:

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*
      Reason for change: _____

     Current mortgage payment:                   New mortgage payment:

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Kristen D. Little                                    Date: 9/10/2021
    Signature

**Print:**   Christopher A. DeNardo 78447                    Title  Attorney
            Kristen D. Little 79992
            First Name    Middle Name    Last Name

Company    LOGS Legal Group LLP

Address    3600 Horizon Drive, Suite 150
           Number        Street

           King of Prussia, PA 19406
           City                    State    ZIP Code

Contact phone   (610) 278-6800                              Email  logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: _____9/13/2021_____


Chapter 13 Trustee: Jack N Zaharopoulos

Trustee Address: 8125 Adams Drive, Suite A, Hummelstown, PA 17036 - VIA ECF


Debtor's Counsel Name: Stephen Wade Parker, Esquire, Mooney and Associates

Debtor's Counsel Address: 230 York Street, Hanover, PA 17331

Debtor's Counsel Email: Mooneybkecf@gmail.com - VIA ECF


Debtor's Name: Dana A. Valley

Debtor's Mailing Address: 259 N. Race Street, Middletown, PA 17057


Debtor's Name: Lorie A. Valley

Debtor's Mailing Address: 259 N. Race Street, Middletown, PA 17057


/s/ Kristen D. Little
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com
19-063794

 RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

09/02/2021


**OUR INFO**
ONLINE
www.mrcooper.com

**YOUR INFO**
CASE NUMBER
1904417

LOAN NUMBER

PROPERTY ADDRESS
**259 N RACE ST
MIDDLETOWN,PA 17057**

DANA VALLEY
259 N RACE ST
MIDDLETOWN,PA 17057

Dear DANA VALLEY,

### Why am I receiving this letter?
An escrow analysis was performed on the above referenced account.

### What do I need to know?
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

### What do I need to do?
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call us at 877-343-5602. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper
Bankruptcy Department

Enclosure: Escrow Account Disclosure Statement

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.





RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## Escrow Account Disclosure Statement

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m. to 3 p.m. (ET)

Your Loan Number:
Statement Date: 09/02/2021

DANA VALLEY
259 N RACE ST
MIDDLETOWN, PA 17057

**Why am I receiving this?** Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts.

**What does this mean for me?** The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $0.02. If you are behind on your payments this is not a true surplus.

**What do I need to do?** If the surplus amount is less than $50, it will be applied to the monthly payments. Please note that effective 12/01/2021, your new total monthly payment will be $1,012.50.

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $666.87 | $0.00 | $666.87 |
| ESCROW | $335.27 | $10.36 | $345.63 |
| **Total Payment** | **$1,002.14** | **$10.36** | **$1,012.50** |

*See below for surplus calculation*

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.

Minimum Required Balance
$691.26

Lowest Projected Balance
$691.28



**Surplus Amount $0.02**

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| SCHOOL TAX | $1,664.60 | $0.82 | $1,665.42 |
| BOROUGH TAX | $1,195.64 | $72.53 | $1,268.17 |
| HAZARD SFR | $1,163.00 | $51.00 | $1,214.00 |
| **Annual Total** | **$4,023.24** | **$124.35** | **$4,147.59** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



The change in your escrow payment** may be based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| Monthly payment(s) received were less than Tax or greater than expected | Exemption status lost or changed | Coverage changed |
| Monthly payment(s) received earlier or later than expected | Supplemental/Delinquent tax paid Paid earlier or later than expected | Additional premium paid Paid earlier or later than expected |
| Previous overage returned to escrow | Tax installment not paid Premium was not paid New tax escrow requirement paid | Previous deficiency/shortage not paid entirely Tax refund received Premium refund received New insurance escrow requirement paid |
| | | Force placed insurance premium paid |

### Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 09/20 through 11/21. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $691.26 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $691.28 will be reached in August 2022. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $0.02. **These amounts are indicated with an arrow (<).**

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $818.24 | ($4,050.59) |
| 09/20 | $0.00 | $310.11 | $0.00 | $1,664.60* | SCHOOL TAX | $818.24 | ($5,405.08) |
| 10/20 | $0.00 | $940.31* | $0.00 | $0.00 | | $818.24 | ($4,464.77) |
| 11/20 | $0.00 | $315.10* | $0.00 | $0.00 | | $818.24 | ($4,149.67) |
| 12/20 | $0.00 | $315.10* | $0.00 | $0.00 | | $818.24 | ($3,834.57) |
| 12/20 | $858.11 | $335.27*E | $0.00 | $0.00 | BK ADJ | $1,676.35 | ($3,499.30) |
| 01/21 | $335.27 | $650.37E | $0.00 | $0.00 | | $2,011.62 | ($2,848.93) |
| 02/21 | $335.27 | $668.94E | $0.00 | $0.00 | | $2,346.89 | ($2,179.99) |
| 03/21 | $335.27 | $668.94 | $1,195.64 | $1,268.17* | BOROUGH TAX | $1,486.52 | ($2,779.22) |
| 04/21 | $335.27 | $668.94E | $0.00 | $0.00 | | $1,821.79 | ($2,110.28) |
| 05/21 | $335.27 | $1,002.61 | $1,163.00 | $1,214.00* | HAZARD SFR | $994.06 | ($2,321.67) |
| 06/21 | $335.27 | $668.94E | $0.00 | $0.00 | | $1,329.33 | ($1,652.73) |
| 07/21 | $335.27 | $668.94E | $0.00 | $0.00 | | $1,664.60 | ($983.79) |
| 08/21 | $335.27 | $668.94 | $1,664.60 | $1,665.42*E *E | SCHOOL TAX | $335.27 | ($1,980.27) |
| 09/21 | $0.00 | $1,668.35E | $0.00 | $0.00 | Anticipated Payments 07/20-11/20 | $335.27 | ($311.92) |
| 09/21 | $335.27 | $335.27E | $0.00 | $0.00 | | $670.54 | $23.35 |
| 10/21 | $335.27 | $335.27E | $0.00 | $0.00 | | $1,005.81 | $358.62 |
| 11/21 | $335.27 | $335.27E | $0.00 | $0.00 | | $1,341.08 | $693.89 |
| **Total** | **$4,546.08** | **$10,556.67** | **$4,023.24** | **$5,812.19** | **Total** | **$1,341.08** | **$693.89** |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $693.89 | $693.87 |
| 12/21 | $345.63 | | $0.00 | | | $1,039.52 | $1,039.50 |
| 12/21 | $1,034.31 | | $0.00 | | BK ADJ | $2,073.83 | $2,073.81 |
| 01/22 | $345.63 | | $0.00 | | | $2,419.46 | $2,419.44 |
| 02/22 | $345.63 | | $0.00 | | | $2,765.09 | $2,765.07 |
| 03/22 | $345.63 | | $1,268.17 | | BOROUGH TAX | $1,842.55 | $1,842.53 |
| 04/22 | $345.63 | | $0.00 | | | $2,188.18 | $2,188.16 |
| 05/22 | $345.63 | | $1,214.00 | | HAZARD SFR | $1,319.81 | $1,319.79 |
| 06/22 | $345.63 | | $0.00 | | | $1,665.44 | $1,665.42 |
| 07/22 | $345.63 | | $0.00 | | | $2,011.07 | $2,011.05 |
| 08/22 | $345.63 | | $1,665.42 | | SCHOOL TAX | $691.28 | $691.26< |
| 09/22 | $345.63 | | $0.00 | | | $1,036.91 | $1,036.89 |
| 10/22 | $345.63 | | $0.00 | | | $1,382.54 | $1,382.52 |
| 11/22 | $345.63 | | $0.00 | | | $1,728.17 | $1,728.15 |
| **Total** | **$5,181.87** | | **$4,147.59** | | **Total** | **$1,728.17** | **$1,728.15** |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Marlene Celaya at 866-316-2432. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.